IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LESLIE KAVANAGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-050 |
| ) | |
| TIMOTHY SMITH, individually, and in ) | |
| his capacity as a deputy of the Richmond ) | |
| County Sheriff's Office, and RICHARD ) | |
| ROUNDTREE, individually, and in his ) | |
| capacity as the Sheriff of Richmond ) | |
| County, State of Georgia, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The July 17, 2024 Scheduling Order directed the parties to file a Joint Status Report by November 19, 2024, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 9.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's July 17th Order on or before December 6, 2024.[1]

SO ORDERED this 25th day of November, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.