AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LESLIE KAVANAGH,

|  |  |
|---|---|
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| **v.** | CASE NUMBER:   CV 124-050 |
| TIMOTHY SMITH and RICHARD ROUNDTREE, |  |
| Defendants. |  |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 19, 2025 Order, Defendants' motion to dismiss is denied as moot, and Defendants' motion for summary judgment is granted as to Count 4 and denied as to the remaining state law claims.  This case is remanded to the Superior Court of Richmond County for a decision on the remaining state law claims. This case stands closed.



| 3/19/2025 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
|  | *(By) Deputy Clerk* |

GAS Rev 10/2020